**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HORACE LEWON MATTHEWS**                                                     **PLAINTIFF**
**ADC # 155169**

**v.**                                    **Case No. 4:26-cv-00443-JM-JTK**

**BLEVINS, et al.**                                                          **DEFENDANTS**


### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE